# Order

Michigan Supreme Court
Lansing, Michigan

May 12, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138570(22)

DANIEL H. WHITMAN, GEORGE KLINGSPON,
ETTA KLINGSPON, EDWARD HOWARD, LOIS
HOWARD, LARRY PICCOLI and MARY PICCOLI,
          Plaintiffs-Appellants,

v

GALIEN TOWNSHIP and GALIEN TOWNSHIP
ZONING BOARD OF APPEALS,
          Defendants-Appellees.

_____

SC:     138570
CoA:   287991
Berrien CC: 06-3177-AA

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the application as to certain parties is considered and it is ordered that the application for leave to appeal is dismissed, with prejudice and without costs, as to the following parties only:  George Klingspon, Etta Klingspon, Edward Howard and Lois Howard.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2009

_____
Clerk